219 So.2d 778

**STATE of Louisiana**

**v.**

**John H. FREEMAN.**

No. 49752.

March 21, 1969.

In re: John H. Freeman applying for writs of certiorari, mandamus and prohibition.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction. Relator has an adequate remedy by appeal in the event of conviction.

219 So.2d 778

**STATE of Louisiana**

**v.**

**Larry COOPER et al.**

No. 49746.

March 18, 1969.

In re: Larry Cooper applying for writs of mandamus, certiorari and prohibition.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.